No. 41317.—Protests 567597–G, etc., of E. G. Hindle, Ltd., Inc. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp. v. United States* (T. D. 49290) the protests were sustained.

No. 41318.—Protests 534879–G, etc., of American Shipping Co. et al. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of couch covers and bedspreads the same as those passed upon in *Hearn v. United States* (T. D. 44817). They were therefore held dutiable at 40 percent under paragraph 912 as claimed.

No. 41319.—Protest 549256–G of Husney & Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of couch covers similar to those the subject of *Hearn v. United States* (T. D. 44817). The claim at 40 percent under paragraph 912 was therefore sustained.

BEFORE THE THIRD DIVISION, MAY 15, 1939

No. 41320.—Protest 961428–G of American Import Co. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of decorated chinaware the same as that covered by *Seller v. United States* (T. D. 47417) and held dutiable as Tom-and-Jerry mugs. The claim at 70 percent under paragraph 212 was therefore sustained.

No. 41321.—Protests 979627–G, etc., of Drew Shipping Corp. et al. (New York).

Opinion by KEEFE, J. On the records presented the protests were overruled.

MAY 10, 1939

No. 41322.——Protests 810161–G, etc., of Aoki Taiseido Book Co. C. D. 126. Application by plaintiff for rehearing denied.

No. 41323.——Protests 890773–G, etc., of L. Oppleman, Inc. C. D. 136. Application by Government for rehearing granted.

MAY 11, 1939

No. 41324.——Protest 890833–G of J. Sklar Mfg. Co. Abstract 41052. Application by plaintiff for rehearing granted.